**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA,

    Plaintiff,

   vs.        CRIMINAL NO. 15-CR-30026-DRH

DEMETRIUS BOOKER,

    Defendant.

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On July 22, 2015, this court entered an order for forfeiture against defendant Demetrius Booker for the following property which had been seized from the defendant:

**One Millennium 9mm handgun, bearing serial number 57738, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning August 14, 2015, and ending September 12, 2015, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that

no third-party petitions were filed and that the United States of America has clear

title to the above-described property that is the subject of the Order of Forfeiture

filed on July 22, 2015, namely:

> **One Millennium 9mm handgun, bearing serial number 57738, and any and all ammunition contained therein.**

The Federal Bureau of Investigation or the United States Marshal shall

dispose of the property according to law.   The disposal may, at the discretion of

the United States, include the destruction of the property.   The destruction may be

done at such time and location and by such persons as designated by the Federal

Bureau of Investigation or the United States Marshal.


**IT IS SO ORDERED.**

Signed this 4th day of May, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.05.04 12:50:57 -05'00'

**United States District Court**